CITY OF TRENTON LAW DEPARTMENT
WESLEY BRIDGES, CITY ATTORNEY
319 EAST STATE STREET
TRENTON, NEW JERSEY 08608-1865
(609) 989-3011
By: Marco Di Stefano, Deputy City Attorney
*Attorney for Defendant Walter Reed Gusciora*
Attorney ID 243712017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLY A. DOLCEAMORE, ET AL., Administratrix ad Prosequendum of the Estate of Stephen A. Dolceamore, as beneficiary of the Estate and on her own behalf; and JEANNE LEE, as Court Appointed Guardian of her grandchildren, the natural children of KELLY A. DOLCEAMORE, on behalf of his minor daughters, INFANT 1 and INFANT 2 as beneficiaries of the Estate of Stephen A. Dolceamore and on their own behalf<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF TRENTON, and, CITY OF TRENTON POLICE DEPARTMENT, and POLICE DIRECTOR SHEILAH COLEY, in her official and individual capacity, and SERGEANT ANTHONY MANZO, in his official and individual capacity, and OFFICER JOSEPH McCARTHY, in his individual capacity , and OFFICER VISHAN SINGH, in his official and individual capacity, and ROBERT J. FURMAN, III, in his official individual capacity , and JOHN/JANE DOE(s) (1-10), a fictitious person or person yet to be identified , in his/her/their official and individual capacity, as law enforcement member(s) and/or supervisor of the Trenton Police Department and/or City of Trenton<br>         Defendants. | Civil Action No.:<br><br>3:22-CV-01142-FLW-TJB |

TO:     JOSEPH P. GRIMES
          Joseph P. Grimes, Esquire, LLC
          8810 Asbury Avenue – Suite 212
          Ocean City, New Jersey 08226

The undersigned hereby requests a two week extension of the Court's deadline regarding the "mediator's proposal" because the City of Trenton's excess carrier wants access to documents in the investigative file that have yet to be provided to the City of Trenton. The OPIA division of the Attorney General's Office has indicated that there were difficulties in getting the documents to Defendants.

                                                A.   WESLEY BRIDGES, CITY ATTORNEY

                                                 By: */s/* Marco DiStefano
                                                 Marco DiStefano, Assistant City Attorney
                                                 Attorney for Defendants, City of Trenton, City of Trenton Police Department, Police Director Sheilah Coley, Sergeant Anthony Manzo, Officer Joseph McCarthy, Officer Vishan Singh, Officer Robert J. Furman, III

Dated: January 19, 2023